THE PEOPLE OF THE STATE OF ILLINOIS *et al.*, Plaintiff-Appellee, *v.* WILLIAM HOSKINS, Defendant-Appellant—*In re* ESTATE OF MAUDE HOSKINS, Deceased—(FRANCES P. PALMER, Claimant-Appellee, *v.* WILLIAM BURNS HOSKINS, EXR. OF THE ESTATE OF MAUDE HOSKINS, Deceased, Defendant-Appellant.)

(Nos. 11368, 11429, 11483 cons.; )

Fourth District—June 12, 1972.

*Rehearing denied July 3, 1972.*

Opinion by Mr. JUSTICE SMITH.